THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 18, 2015



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  
ERIC C. BECK  
JENNIFER L. BECK  
          Debtors.

Case No. 13-20888 SVK

Chapter 7

**ORDER DISCHARGING TRUSTEE AND CLOSING CASE**

The Chapter 7 Trustee has filed a Final Report and Final Account with the Court and the United States Trustee under 11 U.S.C. § 704(9) certifying that the estate of the Debtor has been fully administered and certifying that no timely objections have been filed by the United States Trustee or any party in interest. Accordingly, pursuant to 11 U.S.C. § 350(a) and Rule 5009, Fed. R. Bankr. P.,

IT IS ORDERED that:

1. MICHAEL F. DUBIS is hereby discharged as Trustee of the estate of **ERIC BECK and JENNIFER BECK**, Debtors.

2. This case is hereby closed effective this date.

#####